UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.

PEPPERCORN PLAZA LIMITED LIABILITY COMPANY, a New Jersey Limited Liability Company,

    Defendant.

Case No. 1:17-cv-02788-JBS-KMW

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Avenue, Suite 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: **May 22, 2018**

/s/Christopher M. Galusha, Esq.
Christopher M. Galusha, Esq.
Cohen Seglias Pallas Greenhall & Furman, PC
17 Academy Street, Suite 903
Newark, New Jersey 07102
Telephone: (973) 474-5003
Facsimile: (973) 741-2798
cgalusha@cohenseglias.com
and
Cheryl Santaniello, Esq., *pro hac vice*
Cohen Seglias Pallas Greenhall & Furman, PC
Nemours Building
1007 North Orange Drive, Suite 1130
Wilmington, DE 19801
Telephone: (302) 425-5089
Facsimile: (302) 397-2861
csantaniello@cohenseglias.com
*Attorneys for Defendant*

Date: **May 22, 2018**